# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| REO COVINGTON,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>NANCY BOWENS, DR. P. MURPHY, and NURSE MELANIE,<br><br>　　　　　　　Defendants. | Case No. 18-CV-187-JPS<br><br><br>**ORDER** |

　　　　On February 2, 2018, Plaintiff, a prisoner proceeding *pro se*, filed a complaint alleging that his civil rights were violated. (Docket #1). However, he has not yet paid the $400.00 filing fee for this civil action, nor has he submitted a motion for leave to proceed *in forma pauperis* along with a certified copy of his inmate trust account statement for the past six months. *See* 28 U.S.C. § 1915(b)(1). Unless Plaintiff pays the fee in full or is grant *in forma pauperis* status, this case cannot proceed.

　　　　Plaintiff was warned of this deficiency in a letter from the Clerk of the Court dated February 2, 2018. (Docket #2). The Clerk afforded him twenty-one days to either pay the filing fee in full or submit a motion for leave to proceed *in forma pauperis* with the statutorily required supporting documentation. He has not done so. The Court issues this final warning to Plaintiff: he must either pay the filing fee in full or submit a motion for leave to proceed *in forma pauperis* with supporting documentation as described in 28 U.S.C. § 1915 no later than **March 5, 2018**, otherwise his case will be dismissed for failure to prosecute. Civ. L. R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

Accordingly,

**IT IS ORDERED** that Plaintiff shall either pay the filing fee in full or submit a motion for leave to proceed *in forma pauperis* with supporting documentation as described in 28 U.S.C. § 1915 no later than **March 5, 2018**. Failure to do so will result in dismissal of this action.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge