# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

REO COVINGTON,

          Plaintiff,

v.

NANCY BOWENS, DR. P. MURPHY, and NURSE MELANIE,

          Defendants.

Case No. 18-CV-187-JPS

**ORDER**

      Plaintiff, a prisoner proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. (Docket #1). He did not pay the $400.00 filing fee or include with his complaint a motion for leave to proceed *in forma pauperis*. As a result, on February 2, 2018, the Clerk of the Court sent Plaintiff a letter requesting that he either pay the full filing fee or file a motion for leave to proceed *in forma pauperis* within twenty-one days. (Docket #2).

      That deadline expired on February 23, 2018, yet Plaintiff filed nothing by that date except a refusal to consent to the jurisdiction of the assigned magistrate judge. *See* (Docket #4). On February 26, 2018, the Court gave Plaintiff seven more days, or until March 5, 2018, to either pay the filing fee in full or submit an application for leave to proceed *in forma pauperis*, warning that if he did not do one of these two things, his case would be dismissed for failure to prosecute. (Docket #5 at 1).

      To date, Plaintiff still has not filed a motion for leave to proceed *in forma pauperis*, nor has he paid the full filing fee. Indeed, he has not

communicated with the Court in any fashion save filing his refusal to consent to the magistrate's jurisdiction. Because he has not complied with the Court's February 26 order, this action will be dismissed without prejudice for Plaintiff's failure to prosecute the same. Civ. L. R. 41(c); *Fischer v. Cingular Wireless, LLC*, 446 F.3d 663, 665 (7th Cir. 2006).

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 7th day of March, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge