# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

REO COVINGTON,

      Plaintiff,

v.

NANCY BOWENS, DR. P. MURPHY, and NURSE MELANIE,

      Defendants.

Case No. 18-CV-187-JPS

**ORDER**

On February 2, 2018, Plaintiff, a prisoner proceeding *pro se*, filed a complaint alleging that his civil rights were violated. (Docket #1). However, he did not pay the $400.00 filing fee or submit a motion for leave to proceed *in forma pauperis* along with a certified copy of his inmate trust account statement for the past six months. *See* 28 U.S.C. § 1915(b)(1). As a result, the Court dismissed the case. (Docket #6, #7).

The Court reopened the action at Plaintiff's request on March 8, 2018, when he filed a motion for leave to proceed *in forma pauperis*. (Docket #8, #9). But Plaintiff's motion was incomplete, as it did not contain sufficient information about Plaintiff's income, assets, and expenses, nor did he include a certified copy of his six-month trust account statement. (Docket #9 at 2–3). Although Plaintiff complained that he lacked funds to obtain a certified copy of the statement, the Court warned him that it was his duty to procure one. *Id.* at 3 n.1.

At the Court's direction, Plaintiff filed an amended motion for leave to proceed *in forma pauperis* on March 14, 2018. (Docket #10). He successfully pled his indigence by giving a thorough assessment of his income, assets,

and expenses. *See id.* However, the trust account statement he filed was not certified. (Docket #11). The Prison Litigation Reform Act expressly requires that the statement filed with the Court be certified. 28 U.S.C. § 1915(a)(2). Despite his plea that he could not afford a certified copy of the statement, the Court determined that it was without power to waive the requirement. (Docket #12 at 2). Plaintiff was ordered to submit a certified copy of his six-month trust account statement no later than April 2, 2018, or else he would be denied leave to proceed *in forma pauperis*. *Id.*

That deadline has passed and the Court has received nothing from Plaintiff. As it warned him, the Court has no choice at this point but to deny Plaintiff's motion for leave to proceed *in forma pauperis*. He must pay the $400.00 filing fee for this action in full no later than **April 18, 2018**. Failure to do so will result in dismissal of this action without further notice.

Accordingly,

**IT IS ORDERED** that Plaintiff's amended motion for leave to proceed *in forma pauperis* (Docket #10) be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED** that Plaintiff shall pay the $400.00 filing fee in this action no later than **April 18, 2018**. Failure to do so will result in dismissal of this action without further notice.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge